Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

Graham B. LippSmith, SBN 221984
glippsmith@klwtlaw.com
Jaclyn L. Anderson, SBN 258609
janderson@klwtlaw.com
Frank A. Perez, SBN 305832
fperez@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, California 90012
Tel: (213) 254-4800
Fax: (213) 254-4801

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC. d/b/a CHILI'S GRILL & BAR; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05323-JAK-AGR<br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**<br><br>Hon. John A. Kronstadt, Presiding |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, Plaintiff Michael Franklin hereby submits the instant Notice of Related Case. This case was filed on June 14, 2018. The following case arises out of the same event and calls for a determination of the same or substantially similar questions of law and fact: *Alamillo v. Brinker Int'l, Inc.*, No. 2:18-cv-05684-FMO-KS, filed on June 27, 2018.

This case is related to the above-captioned action because both arise from the 2017 data breach at Chili's restaurants, wherein the sensitive personal and financial information of Chili's customers was stolen from Defendant's database. The *Alamillo* complaint has substantially the same Class definition. Thus, *Alamillo* "call[s] for determination of the same or substantially similar questions of law and fact" as the instant action. L.R. 83-1.3.1(b). For these reasons, Plaintiff Franklin respectfully submits that litigating these cases separately would necessarily "entail substantial duplication of labor if heard by different judges." L.R. 83-1.3(c). Accordingly, the *Alamillo* case should be related to the above-captioned action and assigned to the Honorable John A. Kronstadt, District Judge, and the Honorable Alicia G. Rosenberg, Magistrate Judge.

Respectfully submitted,

DATED: July 16, 2018

/s/ *Tina Wolfson*
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024

Tel: 310-474-9111
Fax: 310-474-8585

Graham B. LippSmith, SBN 221984
glippsmith@klwtlaw.com
Jaclyn L. Anderson, SBN 258609
janderson@klwtlaw.com
Frank A. Perez, SBN 305832
fperez@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, California 90012
Tel: (213) 254-4800
Fax: (213) 254-4801

*Counsel for Plaintiff and the Putative Class*