James R. Noblin
jrn@classcounsel.com
GREEN & NOBLIN PC
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: 562-391-2487
Fax: 415-477-6710

Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALAMILLO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRINKER INTERNATIONAL, INC., a Texas corporation,<br><br>            Defendant. | Case No.: 2:18-cv-05684-JAK-AGR<br><br>**JOINT MOTION TO TRANSFER VENUE**<br><br>Assigned to Hon. John A. Kronstadt |

- 1 -
JOINT MOTION TO TRANSFER VENUE

| | |
|---|---|
| MICHAEL FRANKLIN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>BRINKER INTERNATIONAL, INC. d/b/a CHILI'S BAR & GRILL; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:18-cv-05323-JAK-AGR<br><br>Assigned to Hon. John A. Kronstadt |

Plaintiffs Peter Alamillo ("Alamillo") and Michael Franklin ("Franklin") and Defendant Brinker International, Inc. ("Brinker") (collectively, the "Parties"), jointly move, pursuant to 28 U.S.C. 1404(a), to transfer this action to the United States District Court for the Middle District of Florida, where a similar case relating to the data compromise incident underlying Franklin's and Alamillo's allegations, is pending. It is stipulated between the Parties that the Middle District of Florida, Jacksonville Division has jurisdiction over this dispute and that an appropriate venue is in the United States District Court for the Middle District of Florida, Jacksonville Division.

I.     **BACKGROUND**

On May 12, 2018, Brinker announced that some of its customers' payment card information had been compromised at certain Chili's restaurants. Twelve (12) days later, on May 24, 2018, Marlene Green-Cooper, Shenika Thomas, and Fred Sanders, individually an on behalf of all others similarly situated, commenced a lawsuit against Brinker alleging that Brinker failed to secure and safeguard its customers' credit and debit card numbers and other payment card data. *See Green-Cooper et al v. Brinker International, Inc.*, Case No. 3:18-cv-00686-TJC-MCR (M.D. Fla.) (the "*Green-Cooper* Action") (Honorable Timothy Corrigan, presiding).

On June 14, 2018, and June 27, 2018, respectively, Plaintiffs Franklin and Alamillo filed the instant cases in the Central District of California against Brinker based on the same data incident as the *Green-Cooper* action, alleging that Brinker was

negligent in maintaining and failed to secure and safeguard its customers' payment card information.

Now, Plaintiffs Alamillo and Franklin and Defendant Brinker move for a change of venue to the United States District Court for the Middle District of Florida, Jacksonville Division, pursuant to 28 U.S.C. 1404(a). Defendant Brinker waives and agrees not to assert any venue or jurisdictional challenges pursuant to *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773 (2017) or its progeny provided these cases are transferred to and remain before Judge Corrigan in the United States District Court for the Middle District of Florida, Jacksonville Division.

## II.   ARGUMENT

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division . . . to which all parties have consented." 28 U.S.C. § 1404(a). The purpose of a change of venue under Section 1404 is to "prevent the waste of time, energy, and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense." *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964) (quotation omitted). "Under § 1404(a), the district court has discretion to adjudicate motions for transfer 'according to an individualized, case-by-case consideration of convenience and fairness.'" *Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000) (quoting *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988)). "[T]he statute leaves a great deal to the discretion of the trial judge." Charles Alan Wright et al., 15 Fed. Prac. & Proc. Juris. § 3847 (4th ed.).

The Parties have agreed to transfer venue of these actions to the Middle District of Florida, Jacksonville Division. The Middle District of Florida is an appropriate venue for this action because a first-filed suit involving similar issues and the same defendant is currently pending before the Honorable Timothy Corrigan in the United States District Court for the Middle District of Florida, Jacksonville Division, Case No: 3:18-cv-686-TJC-MCR. Litigating in a single forum before Judge Corrigan will be

more cost effective and will foster judicial economy by permitting a single resolution to all related claims.

## III. CONCLUSION

For the reasons stated herein, Plaintiffs Peter Alamillo and Michael Franklin and Defendant Brinker International, Inc. request that this Court grant their Joint Motion to Transfer Venue and enter an order transferring this civil action to the United States District Court for the Middle District of Florida, Jacksonville Division, Honorable Timothy Corrigan presiding.

Dated: October 2, 2018              Respectfully submitted,

/s/ William B. Federman
William B. Federman
(Admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Phone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

- and -

James R. Noblin
GREEN & NOBLIN PC
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Phone: 562-391-2487
Fax: 415-477-6710
jrn@classcounsel.com

*Attorneys for Plaintiff Peter Alamillo*

/s/ Tina Wolfson
Tina Wolfson, SBN 174806

| | |
|---|---|
| 1 | twolfson@ahdootwolfson.com |
| 2 | Robert Ahdoot, SBN 172098 |
|   | rahdoot@ahdootwolfson.com |
| 3 | Theodore W. Maya, SBN 223242 |
| 4 | tmaya@ahdootwolfson.com |
|   | AHDOOT & WOLFSON, PC |
| 5 | 10728 Lindbrook Drive |
| 6 | Los Angeles, California 90024 |
|   | Tel: 310-474-9111 |
| 7 | Fax: 310-474-8585 |
| 8 |   |
|   | -and- |
| 9 |   |
| 10 | /s/ Graham B. LippSmith |
|    | Graham B. LippSmith, SBN 221984 |
| 11 | glippsmith@klwtlaw.com |
| 12 | Jaclyn L. Anderson, SBN 258609 |
|    | janderson@klwtlaw.com |
| 13 | Frank A. Perez, SBN 305832 |
| 14 | fperez@klwtlaw.com |
|    | KASDAN LIPPSMITH WEBER TURNER LLP |
| 15 |  |
| 16 | 360 East 2nd Street, Suite 300 |
|    | Los Angeles, California 90012 |
| 17 | Tel: (213) 254-4800 |
| 18 | Fax: (213) 254-4801 |
| 19 |  |
| 20 | *Attorneys for Plaintiff Michael Franklin* |
| 21 |  |
| 22 | /s/ Spencer Persson |
|    | Spencer Persson (Bar No. 235054) |
| 23 | Kelsey A. Maher (Bar No. 302681) |
| 24 | **NORTON ROSE FULBRIGHT US LLP** |
|    | 555 South Flower Street |
| 25 | Forty-First Floor |
| 26 | Los Angeles, California 90071 |
|    | Telephone: (213) 892-9200 |
| 27 | Facsimile: (213) 892-9494 |
| 28 | spencer.persson@nortonrosefulbright.com |
|    | kelsey.maher@nortonrosefulbright.com |

JOINT MOTION TO TRANSFER VENUE

| | |
|---|---|
| 1 | Jason Fagelman |
| 2 | (*Pro Hac Vice* To Be Submitted) |
|   | **NORTON ROSE FULBRIGHT US LLP** |
| 3 | 2200 Ross Avenue, Suite 3600 |
|   | Dallas, Texas 75201 |
| 4 | Telephone: (214) 855-8000 |
| 5 | Facsimile: (214) 855-8200 |
|   | jason.fagelman@nortonrosefulbright.com |
| 6 | |
| 7 | *Attorneys for Defendant* |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and whose behalf this filing is submitted, concur in its content and have authorized the filing.

By: /s/ Tina Wolfson
TINA WOLFSON